## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                     **PLAINTIFF**

vs.                                 **CRIMINAL ACTION NO. 3:24-CR-33-CHB**

**PAUL BUTLER JR.**                                                        **DEFENDANT**

### ORDER

This matter came before the Court on April 9, 2024, for a detention hearing. Assistant United States Attorney Frank Dahl appeared on behalf of the United States. The defendant appeared in custody with Rania Attum, appointed counsel. The hearing was digitally recorded.

The Court heard arguments of counsel and for the reasons stated on the record,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 unsecured bond with an order setting conditions of release. As a condition of his release, the defendant must enter and successfully complete the residential drug treatment program. The defendant shall be released from Grayson County Detention Center directly to the custody of the drug treatment facility representative on April 10, 2024.

**IT IS FUTHER ORDERED** that a status hearing is scheduled for **August 7, 2024 at 2:00 p.m.** in Louisville Courtroom before the undersigned.

April 10, 2024

:50

Colin H Lindsay, Magistrate Judge
United States District Court